# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In Re** ) | JUDGE RICHARD L. SPEER |
| Christopher Wayne Gill ) | |
| and ) | Case No. 10-33949 - Ch.7 |
| Jean Marie Gill ) | |
| **Debtor(s)** ) | |

### ORDER TO SHOW CAUSE

On June 7, 2010, the above captioned Chapter 7 Case was filed using the Electronic Case Filing System. Pursuant to the Rules established for the Northern District of Ohio, the Debtor(s) are required to file an *originally signed* **Declaration Re: Electronic Filing of Documents** within seven (7) days of the electronic filing.

It appearing to the Court, that the Debtor(s) have failed to file the Declaration within the required time, it is

**ORDERED** that the Debtor(s) appear before the undersigned United States Bankruptcy Judge on **Wednesday, July 14, 2010 at 11:30 A.M.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and show cause why the above captioned Chapter 7 Case should not be dismissed for failure to follow orders of the Court and for want of prosecution, and thereby subject to Section 109(g)(1).

Dated: JUN 18 2010

/S/ RICHARD L. SPEER
_____
RICHARD L. SPEER
United States Bankruptcy Judge