IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                   CASE NUMBER: 10-33949

Christopher Wayne Gill           JUDGE RICHARD L. SPEER
Jean Marie Gill

DEBTOR(S)

## ORDER OF JOINT ADMINISTRATION

It appearing to the Court from an examination of the file in the above-entitled matter that:

1. The above-named Debtors were Husband and Wife at the time of the filing of this petition.

2. The assets and liabilities of said Debtors are substantially the same.

3. It would facilitate the administration of said Debtors estates if the same were consolidated for joint administration under the above case number.

It is FURTHER ORDERED that the estates of the above Debtors be, and they hereby are, consolidated for the purpose of joint administration under the above case number.

/s/ RICHARD L. SPEER
Richard L. Speer
United States Bankruptcy Judge